1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## SOUTHERN DISTRICT OF CALIFORNIA

10
11
12
13
14
15

| UNITED STATES OF AMERICA, | ) | Case No. 16-CR-2829-MMA-7 |
|---|---|---|
| Plaintiff, | ) | **ORDER GRANTING JOINT MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE** |
| v. | ) | |
| SERINA ROBLES (7), | ) | [Doc. No. 301] |
| Defendant. | ) | |

16
17
18
19

The parties jointly move for early termination of Defendant Serina Robles'
term of supervised release.  *See* Doc. No. 301.   To date, Defendant has served
approximately two-thirds of the term imposed by the Court.

20

Upon due consideration of the applicable statutory factors, the Court

21

**GRANTS** Defendant's motion and **ORDERS** that her remaining term of supervised

22

release be terminated pursuant to 18 U.S.C. § 3583(e)(1) as of the date this Order is

23

filed.

24

**IT IS SO ORDERED**.

25

DATED: July 7, 2020

_____
HON. MICHAEL M. ANELLO
United States District Judge

26
27
28